UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBIN RYAN, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiff.<br><br>vs.<br><br>ATLANTIC COLLECTION AGENCY, INC. and PLEXUS MANAGEMENT GROUP, LLC,<br><br>    Defendants. | C.A. NO.  1:18-CV-12107-NMG |

## ORDER OF JUDGMENT

Upon consideration of Defendant Plexus Management Group, LLC's ("Plexus") Offer of Judgment pursuant to Fed. R. Civ. P. 68(a), and Plaintiff Robin Ryan's Acceptance of the Offer of Judgment pursuant to Fed. R. Civ. P. 68(a), this Court hereby enters judgment in favor of Plaintiff in the amount of $2,500.00. Plexus has not admitted liability in this matter and has allowed judgment to be entered against it solely for the purpose of compromising a disputed claim.


Dated:  January _7___, 2021           _/s/ Nathaniel M. Gorton_____
                                      Nathaniel M. Gorton
                                      U.S. District Judge

4838-4850-1974.1